CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

R. ALAN SMITH
asmith@lawpatel.com
LAW OFFICES OF DARSHAN PATEL, A.P.C
2655 Camino Del Rio North, Suite 320
San Diego, CA 92108
Telephone: (619) 940-6623
Facsimile: (619) 291-4872
Attorney for Defendant
Gajanan Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>GAJANAN INC. ,a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 4:18-CV-05547-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br>AND ORDER |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 14, 2019    CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: January 14, 2019    LAW OFFICES OF DARSHAN PATEL, A.P.C

By: /s/ R. Alan Smith
    R. Alan Smith
    Attorney for Defendant
    Gajanan Inc.

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to R. Alan Smith, counsel for Gajanan Inc., and that I have obtained Mr. Smith's authorization to affix his electronic signature to this document.

Dated: January 14, 2019          CENTER FOR DISABILITY ACCESS

                                 By: /s/Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff

1/17/19

